# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CADENCE BANK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-2800-S |
| | § | |
| DANIEL E. GREEN, JR. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Plaintiff Cadence Bank's Motion for Default Judgment [ECF No. 12].

**SO ORDERED.**

SIGNED April 17, 2025.

_____
**UNITED STATES DISTRICT JUDGE**